JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 2253 APPAREL, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; TARGET CORPORATE SERVICES, INC., a Minnesota corporation; TARGET BRANDS, INC., a Minnesota corporation; and DOES 1-10,<br><br>        Defendants. | CASE NO. CV 13-09273 RGK (VBKx)<br><br>*(Hon. R. Gary Klausner)*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:   December 17, 2013 |

5965129.1

1

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**

1   Upon consideration of the Joint Stipulation for Dismissal submitted by
2   plaintiff, 2253 Apparel, Inc., and defendants, Target Corporation, Target Corporate
3   Services, Inc. and Target Brands, Inc.,
4   IT IS HEREBY ORDERED that the above-entitled action is dismissed in its
5   entirety with prejudice as to the defendant Target Corporation, and without
6   prejudice as to defendants, Target Brands, Inc. and Target Corporate Services.  Each
7   party shall bear its own attorney fees and costs.

DATED:  May 20, 2014

*[signature: Gary Klausner]*
UNITED STATES DISTRICT COURT
Hon. R. Gary Klausner

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** will be served or was served (a) on the judge in chambers in the form and manner required by Local Rules and (b) in the manner indicated below.

☒ **(TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On *May 21, 2014*, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated on the attached service list.

☐ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Thompson Coburn, Los Angeles, California. I am readily familiar with Thompson Coburn, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 21, 2014**, at Los Angeles, California.

| Michisha Jiles | /s/ Michisha Jiles |
|---|---|
| (Type or print name) | (Signature) |

5965129.1

2

**ORDER RE: JOINT STIPULATION FOR DISMISSAL**